MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
rplatt@manatt.com
MARK S. LEE (Bar No. CA 094103)
mlee@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
dbrown@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for *Plaintiff*
TICKETMASTER L.L.C.

FILED
13 APR 30 PM 3:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH SHALOM, MICHAEL SILVERMAN, MARCUS CLIETT, MAX SHALAM, RODNEY JORDAN, JERRY HIMER, MICHAEL FRATIANNI, EZRA AZIZO, JOSEPH HOGAN, SVETLANA MINGAEVA, BENG SWEET, JR., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV13- 3035 ABC (VBKx) <br><br> F.R.C.P. 7.1 DISCLOSURE STATEMENT |

1  Pursuant to Fed. R. Civ. P. 7.1, plaintiff Ticketmaster L.L.C. discloses (i) that it is a Virginia limited liability company with its principal place of business in Los Angeles, CA, (ii) that it is wholly owned by Live Nation Entertainment, Inc., a Delaware corporation with its principal place of business in Beverly Hills, CA, and (iii) that, according to public records, Liberty Media Corporation owns more than 10% of the common stock of Live Nation Entertainment, Inc.

Dated: April 30, 2013

MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT
MARK S. LEE
DONALD R. BROWN


By: /s/ Robert H. Platt
    Robert H. Platt
    Attorneys for *Plaintiff*
    TICKETMASTER L.L.C.

---

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

306402770.2

2

F.R.C.P. 7.1 DISCLOSURE STATEMENT