# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ticketmaster LLC <br><br> Plaintiff(s), <br> v. <br><br> Joseph Shalom et al <br><br> Defendant(s). | CASE NUMBER: <br><br> CV13-03035 ABC (VBKx) <br><br> **ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1** <br> (Magistrate Judge Related Cases) |

[This form shall be used only in cases which do not qualify for direct assignment to the most recently assigned magistrate judge (see General Order 05-07).]

## CONSENT

I hereby consent to the transfer of the above-entitled case ☐ as to any matters referred pursuant to General Order 05-07 ☑ as to any discovery matters that are or may be referred to a Magistrate Judge to my calendar pursuant to Local Rule 83-1.3.1 and General Order 08-05.

_5/2/13_                                   _Jacqueline Chooljian_
Date                                        United States Magistrate Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____                    _____
Date                                        United States Magistrate Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____CV07-01092 ABC (JCx)_____ and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials __JC__ after the case number in place of the initials of the prior judge, so that the case number will read __CV13-03035 ABC (JCx)__. This is very important because documents are routed to the assigned judges by means of these initials.

Subsequent documents must be filed at the  ☑ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34A (09/10)       ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)