| | |
|---|---|
| 1 | ROBERT H. PLATT (Bar No. CA 108533) |
| | rplatt@manatt.com |
| 2 | MARK S. LEE (Bar No. CA 094103) |
| | mlee@manatt.com |
| 3 | DONALD R. BROWN (Bar No. CA 156548) |
| | dbrown@manatt.com |
| 4 | MANATT, PHELPS & PHILLIPS, LLP |
| | 11355 West Olympic Boulevard |
| 5 | Los Angeles, CA 90064-1614 |
| | Telephone: (310) 312-4000 |
| 6 | Facsimile: (310) 312-4224 |
| 7 | Attorneys for *Plaintiff* |
| | TICKETMASTER L.L.C. |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH SHALOM, MICHAEL SILVERMAN, MARCUS CLIETT, MAX SHALAM, RODNEY JORDAN, JERRY HIMER, MICHAEL FRATIANNI, EZRA AZIZO, JOSEPH HOGAN, SVETLANA MINGAEVA, BENG SWEET, JR., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-13-3035 ABC (JCx)<br><br>Hon. Audrey B. Collins<br><br>~~STIPULATION AND~~ **ORDER RE: PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE AS TO SHALOM** |

WHEREAS, plaintiff Ticketmaster L.L.C. ("Ticketmaster") and defendant Joseph Shalom ("Shalom") have entered into a settlement agreement, including terms providing for the release of claims between them.

WHEREAS, Shalom has consented to allow the entry of a permanent injunction against him pursuant to the terms of the settlement agreement.

NOW, THEREFORE, Ticketmaster and Shalom, through their respective counsel, hereby stipulate to and respectfully request the Court to enter a permanent injunction and dismiss all claims against Shalom with prejudice, as follows:

1. Shalom and all those under his direction or control or acting in concert with him, including without limitation his agents, employees, successors, and assigns, are permanently enjoined from:

    a. Creating or using computer programs or automated devices to search for, reserve, or purchase tickets from www.ticketmaster.com (the "Website"), faster than human beings can manually enter into the Website the information needed to obtain information about, reserve, or purchase tickets from the Website;

    b. Creating or using computer programs or automated devices to circumvent CAPTCHA or any other software program integrated into the Website's customer interface to distinguish computer programs or automated devices from human customers;

    c. Infringing any of Ticketmaster's copyrights in the course of purchasing or attempting to purchase tickets from the Website;

    d. Exceeding web page request limits, reserve request limits, or per-event ticket limits that are disclosed or otherwise posted on the Website; and

    e. Conspiring with anyone else to engage in any of the above activities.

2. No one subject to this injunction shall be found in violation of the injunction solely because he or she has unknowingly purchased tickets from, sold

tickets to, or otherwise conducted business with a third party who Ticketmaster alleges has or is engaged in the above proscribed activities.

3. Except as adjudicated herein, all claims asserted by Ticketmaster against Shalom shall hereby be dismissed with prejudice. Such dismissal has no effect on any claims against other defendants in this action.

4. Ticketmaster and Shalom shall all pay their own legal fees and costs incurred in connection with this action.

5. This Court shall retain continuing jurisdiction over Ticketmaster and Shalom to enforce this stipulation and order.

Dated: June 4, 2013                      MANATT, PHELPS & PHILLIPS, LLP


By: s/Robert H. Platt
Robert H. Platt
Attorneys for *Plaintiff*
TICKETMASTER L.L.C.

Dated: June 4, 2013                      KINSELLA WEITZMAN ISER KUMP & ALDISERT, LLP


By: s/Lawrence Y Iser
Lawrence Y. Iser
Attorneys for *Defendant*
JOSEPH SHALOM

SO ORDERED.

Dated this  3    day of   July   , 2013

*[signature: Audrey B. Collins]*

United States District Judge