ROBERT H. PLATT (Bar No. CA 108533)
rplatt@manatt.com
MARK S. LEE (Bar No. CA 094103)
mlee@manatt.com
DONALD R. BROWN (Bar No. CA 156548)
dbrown@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for *Plaintiff*
TICKETMASTER L.L.C.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TICKETMASTER L.L.C., a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH SHALOM, MICHAEL SILVERMAN, MARCUS CLIETT, MAX SHALAM, RODNEY JORDAN, JERRY HIMER, MICHAEL FRATIANNI, EZRA AZIZO, JOSEPH HOGAN, SVETLANA MINGAEVA, BENG SWEET, JR., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-13-3035 ABC (JCx)<br><br>Hon. Audrey B. Collins<br><br>**STIPULATION RE: PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE AS TO FRATIANNI AND HOGAN**<br><br>**[Proposed Order Lodged Concurrently Herewith]** |

WHEREAS, plaintiff Ticketmaster L.L.C. ("Ticketmaster") and defendants Michael Fratianni and Joseph Hogan ("Defendants") have entered into a settlement agreement, including terms providing for the release of claims between them.

WHEREAS, Defendants have consented to allow the entry of a permanent injunction against them pursuant to the terms of the settlement agreement.

NOW, THEREFORE, Ticketmaster and Defendants, through their respective counsel, hereby stipulate to and respectfully request the Court to enter a permanent injunction and dismiss all claims against Defendants with prejudice, as follows:

1.  Each Defendant and all those under the direction or control or acting in concert with either Defendant, including without limitation either Defendant's agents, employees, successors, and assigns, are permanently enjoined from:

    a.  Creating or using computer programs or automated devices to search for, reserve, or purchase tickets from www.ticketmaster.com (the "Website"), faster than human beings can manually enter into the Website the information needed to obtain information about, reserve, or purchase tickets from the Website;

    b.  Creating or using computer programs or automated devices to circumvent CAPTCHA or any other software program integrated into the Website's customer interface to distinguish computer programs or automated devices from human customers;

    c.  Infringing any of Ticketmaster's copyrights in the course of purchasing or attempting to purchase tickets from the Website;

    d.  Exceeding web page request limits, reserve request limits, or per-event ticket limits that are disclosed or otherwise posted on the Website; and

    e.  Conspiring with anyone else to engage in any of the above activities.

2.  No one subject to this injunction shall be found in violation of the injunction solely because he or she has unknowingly purchased tickets from, sold

tickets to, or otherwise conducted business with a third party who Ticketmaster alleges has or is engaged in the above proscribed activities.

3. Except as adjudicated herein, all claims asserted by Ticketmaster against Defendants shall hereby be dismissed with prejudice. Such dismissal has no effect on any claims against other defendants in this action.

4. Ticketmaster and Defendants shall all pay their own legal fees and costs incurred in connection with this action.

5. This Court shall retain continuing jurisdiction over Ticketmaster and Defendants to enforce this stipulation and order.

Dated: July 19, 2013

MANATT, PHELPS & PHILLIPS, LLP

By: *Robert H. Platt /bps*
Robert H. Platt
Attorneys for *Plaintiff*
TICKETMASTER L.L.C.

Dated: 07/18, 2013

LAW OFFICES OF MITCHELL C. ELMAN, P.C.

By: _____
Mitchell C. Elman
Attorneys for *Defendants*
MICHAEL FRATIANNI and JOSEPH HOGAN

# PROOF OF SERVICE

I, Victoria M. Tejeda, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On July 22, 2013, in addition to service to parties registered through the Court's ECF/NEF service list, I manually served the within to the parties listed below not registered for ECF/NEF service with the Court:

**STIPULATION RE PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE AS TO FRATIANNI AND HOGAN**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| William J. O'Mahony<br>Sepe & O'Mahony<br>11 Clinton Avenue<br>Rockville Centre,<br>New York, New York 11570<br>WJO@Sepeandomahony.com<br>Phone: 516-766-3624<br>*Attorneys for Defendant Marcus Cliett* | Mitchell C. Elman<br>Law Offices of Mitchell C. Elman, P.C.<br>21 Harbor Park Drive North<br>Port Washington, New York 11050<br>Phone: 516-586-6666<br>*Attorneys for Defendants*<br>*Michael Fratianni and Joseph Hogan* |

[X] **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, Los Angeles, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on July 22, 2013, at Los Angeles, California.

_____
Victoria M. Tejeda